UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX BADURA,<br><br>Defendant. | CR 5:26-cr-50002<br><br><u>REDACTED INDICTMENT</u><br><br>Receipt of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B))<br><br>Forfeiture<br>(18 U.S.C. § 2253)) |

The Grand Jury charges:

COUNT 1

On or about between November 15, 2024, and September 24, 2025, in the District of South Dakota, the defendant, Alex Badura, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed visual depictions of Identified Minor 1, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Alex Badura, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT 2

On or about between November 15, 2024, and September 24, 2025, in the District of South Dakota, the defendant, Alex Badura, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed

visual depictions of Identified Minor 2, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Alex Badura, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT 3

On or about between November 15, 2024, and September 24, 2025, in the District of South Dakota, the defendant, Alex Badura, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: visual depictions of child pornography separate and distinct from those charged in Count 1 and Count 2 of the Indictment, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Alex Badura, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT 4

On or about September 24, 2025, in the District of South Dakota, the defendant, Alex Badura, knowingly possessed any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(C), and said material was produced using materials that have been mailed, or shipped or transported in and affecting interstate and foreign commerce by any means, to wit: a Hewlett Packard Victus 15L gaming desktop computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL:

**NAME REDACTED**

________________________________
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: ________________________

FORFEITURE NOTICE

1. The allegations contained in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, the defendant, Alex Badura, shall forfeit to the United States any and all materials or property used or intended to be used in the receipt and possession of child pornography. Such property includes, but is not limited to: one Dell Inspiron P25T laptop computer; one Apple iPhone 13 cellular phone; and one Hewlett Packard Victus 15L gaming desktop computer.