UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-50002 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| ALEX BADURA, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offenses to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Alex Badura. I agree that between November 14, 2024, and September 24, 2025, I used applications that use generative artificial intelligence (AI) to create sexually explicit imagery of two twelve-year-old minors who are known to me. I agree they are sufficiently identified in this Factual Basis Statement as Identified Minor 1 and Identified Minor 2, as described in the Indictment. I agree the imagery I created of each of these minors constitutes child pornography, as defined in 18 U.S.C. 2256(8)(C). I agree the AI applications I used in this regard operate solely with an internet connection, which I agree is a facility of interstate and foreign commerce. I agree that at the time I created the digitally morphed child pornography, I knew the images constituted child pornography of the minors.

I further agree that on September 24, 2025, on my Apple iPhone cellular phone, I possessed a total of approximately 200 images and 163 videos of computer-generated child pornography of Identified Minor 1 and Identified Minor 2. I possessed 3 images and 10 videos of other child pornography depicting minors other than Identified Minor 1 and Identified Minor 2. I possessed 1,021 media files that appeared to be cropped or cut and pasted to depict the nude breasts of Identified Minor 1 and Identified Minor 2.

I agree that on September 24, 2025, on my Hewlett Packard gaming laptop, I possessed 408 media files of computer-generated child pornography depicting Identified Minor 1 and Identified Minor 2.

I agree that I posted photos of Identified Minor 1 and Identified Minor 2 on social media platforms with some identifying information, which I agree was dangerous to them and could lead other users of the social media platforms to find the minors based on child pornography depicting the two minors, which I had posted using my account on the same social media platform.

I further stipulate and agree that the following property was used in or intended to be used in the commission of the offenses described above: one Dell Inspiron P25T laptop computer; one Apple iPhone 13 cellular phone; and one Hewlett Packard Victus 15L gaming desktop computer.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offenses or the Defendant's involvement in them.

Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

4-17-2026
Date

BENJAMIN SCHROEDER
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Benjamin.Schroeder@usdoj.gov

4.14.24
Date

ALEX BADURA
Defendant

4.14.26
Date

JENNIFER ALBERTSON
Attorney for Defendant

3